UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. WOOLENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BRIAN MANSFIELD and GOOD )<br>SHEPARD MINISTRIES, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:23-CV-931-D-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the record and ADOPTS the conclusions in the M&R [D.E. 7], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 2], and DISMISSES WITIIOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction [D.E. 1].

**This Judgment Filed and Entered on July 10, 2023, and Copies To:**

William D. Woolens     (via CM/ECF electronic notification)


DATE: July 10, 2023                    PETER A. MOORE, JR., CLERK

                                       (By)  /s/ Stephanie Mann
                                       Deputy Clerk